```
                   UNITED STATES DISTRICT COURT
                        DISTRICT OF MAINE

ERIC RAYMOND CORO,              )
                                )
          Plaintiff,            )
                                )
     v.                         )    Civil No. 05-152-B-W
                                )
MAINE STATE PRISON, et al.,     )
                                )
          Defendants.           )
```

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 5, 2006 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on January 17, 2006. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

   1.  It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further <u>ORDERED</u> that the Defendants' Motion for Summary Judgment (Docket No. 15) be and hereby is <u>GRANTED</u>.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of January, 2006